UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLUCCI, COLUCCI, MARCUS, AND FLAVIN, P.C.,<br>    *Plaintiff*,<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS,<br>    *Defendant*. | C.A. No. 1:15-cv-13536<br><br>REMOVED FROM:<br><br>SUPERIOR COURT OF THE COMMONWEALTH OF MASSACHUSETTS, NORFOLK COUNTY,<br>(State Court C.A. No. 15-01153) |

## NOTICE OF REMOVAL

Defendant Citizens Bank, N.A., erroneously named as "Citizens Bank of Massachusetts," by and through its undersigned counsel, hereby files its Notice of Removal of this action (the "Action") from the Superior Court of the Commonwealth of Massachusetts, Norfolk County, to the United States District Court for the District of Massachusetts.

Citizens Bank, N.A. appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1.    On or about September 8, 2015, Plaintiff commenced the Action in the Superior Court of the Commonwealth of Massachusetts, Norfolk County, Docket No. 15-01153.

2.    On or about October 2, 2015, Plaintiff served a Summons and Complaint on Citizens Bank, N.A. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint are attached hereto as Exhibits 1 and 2.

3.    Citizens Bank, N.A. has not made an appearance in the Action and has not served responsive pleadings to the Complaint, and no orders have been issued in the Action.

4.    In accordance with the requirements of 28 U.S.C. § 1446(b)(1), this Notice of

removal is filed within 30 days of Citizens Bank, N.A.'s receipt, through service or otherwise, of the Complaint.

5. Plaintiff Colucci, Colucci, Marcus, and Flavin, P.C. alleges that it is a corporation organized and existing pursuant to the laws of the Commonwealth of Massachusetts with its main office located at 424 Adams Street, Suite 100, Milton, Massachusetts.

6. Plaintiff alleges that Defendant Citizens Bank of Massachusetts is a corporation organized and existing pursuant to the laws of the Commonwealth of Massachusetts with its main office located at 28 State Street, Boston, Massachusetts.

7. Citizens Bank of Massachusetts, however, is a nonexistent entity.

8. Effective September 1, 2007, Defendant Citizens Bank of Massachusetts merged with and into Citizens Bank, N.A., with RBS Citizens, N.A. as the surviving entity. *See* Exhibit 3.

9. RBS Citizens, N.A. was a national banking association with its main office located at 1 Citizens Plaza, Providence, Rhode Island.

10. RBS Citizens, N.A. subsequently changed its name to Citizens Bank, N.A.

11. Citizens Bank, N.A. is a national banking association with its main office located at 1 Citizens Plaza, Providence, Rhode Island.

12. For the purpose of diversity jurisdiction, a national banking association is a citizen of only the state in which its main office is located. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006).

13. Thus, for the purpose of determining diversity jurisdiction, Citizens Bank, N.A. is a citizen of the State of Rhode Island and is not a citizen of the Commonwealth of Massachusetts.

14. Plaintiff's Complaint seeks over $129,011.83 in damages. *See* Compl. ¶¶ 42, 47, 52, 63, 68, 73.

15. Accordingly, this Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. Pursuant to 28 U.S.C. § 1446(d), Citizens Bank, N.A. promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Norfolk County, and will serve a copy of the same on counsel for Plaintiff.

17. Pursuant to Local Rule 81.1(a), within 28 days after filing this notice of removal, Citizens Bank, N.A. will file with this Court certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court.

WHEREFORE, Citizens Bank, N.A. respectfully removes the Action now pending in the Superior Court of the Commonwealth of Massachusetts, Norfolk County, Docket No. 15-01153, to the United States District Court for the District of Massachusetts.

Dated:  October 9, 2015

        Defendant,
        CITIZENS BANK, N.A.,
        By its attorneys,

        /s/ Geoffrey W. Millsom
        Geoffrey W. Millsom (BBO#653821)
        Brenna Anatone Force (BBO#681486)
        ADLER POLLOCK & SHEEHAN P.C.
        1 Citizens Plaza, 8th Floor
        Providence, RI 02903
        Tel:  (401) 274-7200
        Fax:  (401) 351-4607
        gmillsom@apslaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the within Notice of Removal was sent by first-class mail, postage prepaid to the following counsel of record on this 9th day of October, 2015:

Paul K. Flavin
Brendan R. Pitts
Colucci, Colucci, Marcus & Flavin, P.C.
424 Adams Street
Milton, MA 02186

                                    /s/ Geoffrey W. Millsom